7jgmtwoh (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Justin Bruce McAlaster
*Debtor*

*Bankruptcy Case No.*
11−60764−abf7

**Justin Bruce McAlaster**
    Plaintiff(s)

*Adversary Case No.*
11−06068−abf

v.

**American Education Services**
**National Collegiate Trust**
    Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that Judgment is hereby entered in favor of Debtor Justin Bruce McAlaster, and against Defendants American Education Services and National Collegiate Trustee In accordance with the Court's Order entered June 6, 2012, Document No. 19, directing the Clerk to enter Judgment in favor of the Debtor Justin Bruce McAlaster, discharging the student loans due to defendants, pursuant to Section 523(a)(8) of the Bankruptcy Code.

    The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

                                     Ann Thompson
                                     Court Executive

                                     By: /s/ Sharon Stanley
                                         Deputy Clerk

Date of issuance: 6/6/12

Court to serve